IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NOS. 06-155-03, 06-490-2 |
| LEROY FIELDS | : | |

**ORDER**

**SURRICK, J.**                                                                                          **MAY 9, 2025**

      **AND NOW**, this 9th day of May, 2025, upon consideration of Defendant Leroy Fields' Motion to Correct Sentence Under 28 U.S.C. § 2255 (Case No. 06-155-3, ECF No. 221; Case No. 06-490-2, ECF No. 171), Defendant's Supplemental Motion for Purposes of *Rehaif v. United States* And Appointment of Counsel And to Vacate, Set Aside, Or Correct Sentence (Case No. 06-155-3, ECF No. 233; Case No. 06-490-2, ECF No. 184), and all documents submitted in support thereof and opposition thereto, it is **ORDERED** that Defendant's Motions are **DENIED**.

      It is further **ORDERED** that Defendant's *Pro se* Motion to Compel Immediate / Conditional Release (Case No. 06-155-3, ECF No. 232; Case No. 06-490-2, ECF No. 183) is **DENIED AS MOOT**.

      IT IS SO ORDERED.

                                                BY THE COURT:

                                                */s/ R. Barclay Surrick*
                                                **R. BARCLAY SURRICK, J.**